IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GRANT MORRING and MICHELE MORRING, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 1:10-cv-00315-WS-B |
| CHASE HOME FINANCE LLC; | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Plaintiffs Grant & Michelle Morring and Defendant Chase Home Finance LLC ("Chase") hereby give notice to the Court that they have agreed to the essential terms of a settlement in this case subject to the execution of definitive settlement documentation. In light of that agreement, and in order to avoid the expenditure of further judicial resources on this case and to avoid additional litigation costs for the parties, the parties respectfully request that the Court suspend all present deadlines and give the parties a period of sixty (60) days in which to provide the Court with a proposed agreed upon order for the final disposal of the case.

Respectfully submitted this 29th day of March 2011.

2

| | |
|---|---|
| /s/ Charles J. Lorant | /s/ James F. Hughey III |
| Attorney for Plaintiffs Grant & Michelle Morring | One of the Attorneys for Chase Home Finance, LLC |

Charles J. Lorant
*clorant@gathingslaw.com*
GATHINGS LAW
2100 3rd Ave N Ste 900
Birmingham , AL 35203-3351
Phone:       (205) 322-1201
Fax:   (205) 322-1202

Harlan I. Prater IV (PRATH7485)
*hprater@lightfootlaw.com*
James F. Hughey III (HUGHJ1698)
*jhughey@lightfootlaw.com*
Wesley B. Gilchrist (GILCW4083)
*wgilchrist@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203
Telephone (205) 581-0700
Facsimile (205) 581-0799