IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GRANT MORRING,** *et al.***,** | ) |
| | ) |
|    **Plaintiffs,** | ) |
| | ) |
| v. | )   **CIVIL ACTION 10-0315-WS-B** |
| | ) |
| **CHASE HOME FINANCE, LLC,** | ) |
| | ) |
|    **Defendant.** | ) |

## ORDER

On this date, the parties jointly filed a document styled "Notice of Settlement" (doc. 26), wherein they assert that they have agreed on the "essential terms of a settlement" subject to execution of appropriate settlement documentation. It is therefore **ORDERED** that this action be **DISMISSED** from the active docket of the Court, **with prejudice**, provided that any party may move to reinstate the action within 60 (sixty) days after the date of the entry of this Order if the settlement agreement or other appropriate settlement documentation is not consummated in the interim.

No other order shall be forthcoming from the Court except upon application by any party for final judgment, as prescribed by Rule 58, Federal Rules of Civil Procedure.

Each party is to bear his, her or its own costs, unless otherwise agreed by the parties.

DONE and ORDERED this 29th day of March, 2011.

                                                  s/ WILLIAM H. STEELE
                                                CHIEF UNITED STATES DISTRICT JUDGE